**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | | **Bison Global Logistics, Inc.** |
| 2. | All other names debtor used in the last 8 years | | |
| | Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | | 2  0  –  1  0  6  5  6  3  7 |

| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
|---|---|---|---|
| | | **1201 Heather Wilde** | **PO Box 1847** |
| | | Number    Street | Number    Street |
| | | | P.O. Box |
| | | **Pflugerville**   **TX**   **78660** | **Pflugerville**   **TX**   **78691** |
| | | City    State    ZIP Code | City    State    ZIP Code |
| | | **Travis** | Location of principal assets, if different from principal place of business |
| | | County | |
| | | | Number    Street |
| | | | City    State    ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **Bison Global Logistics, Inc.**                              Case number (if known) _____

**7.  Describe debtor's business**

A.  *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒  None of the above

B.  *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7
☐  Chapter 9
☒  Chapter 11.  *Check all that apply:*

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

Debtor  **Bison Global Logistics, Inc.**_____  Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Bison Global Logistics, Inc.**       Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number     Street

_____

_____
City     State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

     Contact name _____

     Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **Bison Global Logistics, Inc.** _____    Case number (if known) _____

| |
|---|
| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- ■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■  I have been authorized to file this petition on behalf of the debtor.

- ■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/14/2017** _____
               MM / DD / YYYY

X  **/s/ Allen T. "Tommy" Love** _____    **Allen T. "Tommy" Love** _____
    Signature of authorized representative of debtor        Printed name

Title **CEO** _____

**18.  Signature of attorney**

X  **/s/ Stephen W. Sather** _____    Date  **09/14/2017** _____
    Signature of attorney for debtor                      MM / DD / YYYY

**Stephen W. Sather** _____
Printed name

**Barron & Newburger, PC** _____
Firm name

**7320 N. Mopac Expy., Ste. 400** _____
Number        Street

_____

**Austin** _____    **TX** _____    **78731** _____
City                                  State        ZIP Code

**(512) 476-9103** _____    **ssather@bn-lawyers.com** _____
Contact phone                        Email address

**17657520** _____    **TX** _____
Bar number                      State

| Fill in this information to identify the case: |
| --- |

Debtor name  **Bison Global Logistics, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Probilling Funding & Service<br>401 Lee St, Suite 500 NE<br>Decatur, AL 35601 | | Factoring of A/R's | | $8,000,000.00 | $0.00 | $8,000,000.00 |
| 2 | Perdue Brandon<br>1616 S. Kentucky, Suite 200 Bldg D<br>Amarillo, TX 79102 | | Services | | | | $209,260.00 |
| 3 | XTRA Lease<br>662 N. WW White Rd<br>San Antonio, TX 78219 | | Business Debt | | | | $131,264.57 |
| 4 | Tex-Con Oil<br>1701 Grand Ave Pkwy<br>Pflugerville, TX 78660 | | Business Debt | | | | $86,382.44 |
| 5 | FreightPros<br>3307 Northland Drive, Suite 360<br>Austin, TX 78731 | | Business Debt | | | | $59,000.00 |

Debtor  **Bison Global Logistics, Inc.** _____   Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  D2000 Bison Project 510 W. 15th Street Austin, TX 78701 | | Business Debt | | | | $42,500.00 |
| 7  R Bank 3600 E. Palm Valley Blvd Round Rock, TX 78665 | | Business Debt | | $670,000.00 | $632,000.00 | $38,000.00 |
| 8  McKinney Trailer Rentals 2723 Carl Rd Irving, TX 75062 | | Business Debt | | | | $34,000.00 |
| 9  Fleet One MSC 30425 PO Box 415000 Nashville, TN 37241-5000 | | Business Debt | | | | $28,566.01 |
| 10  Jordan 55 2435 Burbank St Dallas, TX 75235 | | Services | | | | $22,500.00 |
| 11  Fred R Langley & Companies 520 W. Summit Hill Dr, Suite 1201 Knoxville, TN 37902 | | Services | | | | $19,673.00 |
| 12  Frontier Bank PO Box 569130 Dallas, TX 75356 | | Credit Card | | | | $12,500.00 |
| 13  Nationwide PO Box 514540 Los Angeles, CA 90051 | | Services | | | | $7,064.22 |

Debtor   **Bison Global Logistics, Inc.**                                          Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  All-Ways Leasing 10650 Culver's Rd #104-508 San Antonio, TX 78251 | | Business Vendor Bill | | | | $7,000.00 |
| 15  Rusty Tomasek 3122 Matador Drive Belton, TX 76513 | | Wages Owed | | | | $4,984.18 |
| 16  Taylor Oil 3701 N. Sylvania Ave Ft. Worth, TX 76137 | | Business Debt | | | | $4,773.37 |
| 17  City of Austin PO Box 2267 Austin, Texas 78768-2267 | | utility service | | | | $3,057.55 |
| 18  Unifirst Holdings PO Box 650481 Dallas, TX 75265 | | Business Debt | | | | $2,700.00 |
| 19  Mike McIntyre 1508 Falcon Ledge Drive Austin, TX 789746 | | Wages Owed | | | | $2,600.00 |
| 20  Alex Hernandez 2809 Spanish Lane Dallas, TX 75253 | | Wages Owed | | | | $2,522.24 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Bison Global Logistics, Inc.**                              CASE NO

                                                                                          CHAPTER     **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   9/14/2017                                   Signature   _/s/ Allen T. "Tommy" Love_
                                                                                       *Allen T. "Tommy" Love*
                                                                                       *CEO*


Date _____        Signature _____

4-D Fire Protection
599 N. Prairie Creek Road
Dallas, TX 75217


Adolfo Maldonado
16410 Alamo Derby
Selma, TX 78154


ADP
1851 N. Resler Drive
MS-100
El Paso, TX 79912


Air Container Transport
405 Victory Ave
San Fransisco, CA 94080


Alberto Martinez
841 Colson Dr
Arlington, TX 76002


Alex Hernandez
2809 Spanish Lane
Dallas, TX 75253


Alex Roddy
2008 Lee Elder
El Paso, TX 79936


All-Ways Leasing
10650 Culver's Rd #104-508
San Antonio, TX 78251


Alliance One Receivables Mgt
6160 Mission George Rd, Suite 300
San Diego, CA 92120

Allied Sales Company - Austin
PO Box 6116
Austin, TX 78762


American Alternative Insurance
555 College Rd E
Princeton, NJ 08540


Amy Shape
2202 Grove Dr
Round Rock, TX 78681


Angel Torres
13815 Merseyside Drive
Pflugerville, TX 78660


Anthony Kelly
PO Box 222044
Dallas, TX 75222


Armando Perez
106 Muscleman Ct.
Hutto, TX 78634


ASI Protection Services
PO Box 270212
Austin, TX 78727


AT&T Credit & Collections
901 Marquette Ave N, Suite 800
Minneapolis, MN 55402


AT&T Inc
c/o James Grudus Esq
One AT&T Way, Rm 3A218
Bedminster, NJ  07921

Atmos Energy
P.O. Box 790311
St. Louis, MO 63179-0311


Austin Brake & Clutch
8151 N. Lamar Blvd
Austin, TX 78753


Balcones Shred (Austin Shred)
9301 Johnny Morris Rd
Austin, TX 78724


Candace Edmonson
1500 Northwest Blvd #417
Georgetown, TX 78628


Carlos Fonseca
3140 Longbow Dr
Grand Prairie, TX 75052


Cecil Harris
5202 Regency Cove
Austin, TX 78724


Central Texas Refuse
PO Box 18685
Austin, Texas 78760


CenturyLink
400 W. 15th St #315
Austin, TX 78701


CH Robinson Worldwide
14701 Charlson Road
Eden Prairie, MN 55347

Chase Morris
Leander, TX


Christine Tanguma
9770 CR 272
Bertram, TX 78605


Chuck Crawford
515 E. Palm Valley Rd, Apt 516
Austin, TX 78664


Cirro Energy
PO Box 2229
Houston, TX 77252


City of Austin
PO Box 2267
Austin, Texas 78768-2267


City of Dallas Utilities & Services
1500 Marilla, 3A North
Dallas, TX 75201


City of Pflugerville
PO Box 589
Pflugerville, TX 78691


Comdata - Fuel Wires
5301 Maryland Way
Brentwood, TN 37027


Cornell Evans
156 Criumph Rd
Dallas, TX 75241

CPS Energy
PO Box 2678
San Antonio, TX 78289


CTRMA
P.O. Box 16777
Austin, TX 78761-6777


Cutting Edge Lawn Care
1606 Hydro Drive
Austin, TX 78728


D2000 Bison Project
510 W. 15th Street
Austin, TX 78701


Dahill
PO Box 205354
Dallas, TX 75320


Dan Mishler
1703 Westend Place
Round Rock, TX 78681


Daniel Leal
438 Trudell
San Antonio, TX 78213


Danny Gonzales
211 Oak Arbor Tr
Dale, TX 78616


David Whitson
704 Netherland Place
Arlington, TX 76017

DeAna Mitchell
11119 Alterra Pkwy, Apt 2461
Austin, TX 78758


Dell Financial Services
PO Box 6403
Carol Stream, IL  60197


Demetrias Hackley
9810 Spinnaker Path
San Antonio, TX 77263


Denise Lebron
7942 Whistlestop Lane
Fountain, CO 80817


Derrick McQueen
2641 Berkshire
Grand Prairie, TX 75052


Direct TV
PO Box 60036
Los Angeles, CA  90060-0036


DISA Global Solutions
Dept 890314
PO Box 120314
Dallas, TX 75312


Don Hart's Radiator
20123 FM 362 Rd N
Waller, TX 77484


Double Eagle Battery
1104 Commercial St
Athens, TX 75751

Doug Dingman
1206 Gatlinburg Drive
Pflugerville, TX 78660


Echo Global Logistics
600 West Chicago Ave
Chicago, IL 60654


Ed Moore
900 Broken Feather Tr
Pflugerville, TX 78660


Eddie Iglesias
1608 Armstrong Dr
Plano, TX 75074


Eli Gonzales
10515 Lupine Canyon
Helotes, TX 78023


Elite Evolution Trucking
144 E. Pole Road
Lynden, WA 98264


Emmanuel Obineke
PO Box 165
Irving, TX 75016


Encore Propane-South Texas
1199 I-10 West
Marion, TX 78124


Equify Financial
777 Main Street
Ft. Worth, TX 76102

Erik Kerr
2129 US Hwy 80 E., Apt 100
Mesquite, TX 75150

Express Toll Service Center
PO Box 173846
Denver, CO 80217

Ferrellgas
PO Box 1003
Liberty, MO  64069

Fire-Tex Systems
844 Dalworth Drive
Mesquite, TX 75149

Fleet One
613 Bakertown Road
Antioch, TN 37013

Fleet One
MSC 30425
PO Box 415000
Nashville, TN 37241-5000

Fred R Langley & Companies
520 W. Summit Hill Dr, Suite 1201
Knoxville, TN 37902

FreightPros
3307 Northland Drive, Suite 360
Austin, TX 78731

Frontier Bank
PO Box 551
Elgin, TX 78621

Frontier Bank
PO Box 569130
Dallas, TX 75356


Frontier Communications
PO Box 5157
Tampa, FL 33675


Gary Robinson
121 Webberwood Way
Elgin, TX 78621


GCR Tire Center
2939 Pecan Street
Pflugerville, TX 78660


GCS Technologies, Inc.
8701 N. MoPac Expressway, Suite 155
Austin,Texas 78759


George Canales
6034 Marvin Loving Dr #102
Garland, TX 78681


Glenn Burroughs
2041 Vantican Cr
Dallas, TX 75224


Gloria Sanchez
3415 Kusmierz Rd
St. Hedwig, TX 78152


Greyhound
350 North St. Paul St
Dallas, TX 75201

Gustavo Rodriguez
3910 Whitehorn Dr
Converse, TX 78109


Harris County Toll Road Authority
7701 Wilshire Place Drive
Houston, TX 77040


Illinois Tollway
PO Box 5544
Chicago, IL 60680


Instructional Technologies
800 NE Tenney Rd, Suite 110
Vancouver, WA 98685


Integrity Sales & Services
3410 N. I-35
San Antonio, TX 78219


Jason Alston
1404 Apollo Circle
Round Rock, TX 78664


Jason Hicks
12020 FM 963
Burnet, TX 78611


Jayson Balasi
3718 Candlestorm Dr
San Antonio, TX 78244


Jimmy Ramon
8002 Cinnamon Creek Dr
San Antonio, TX 78240

Joel Jesalosky
1100 S. Kennyfort Blvd., Apt 415
Round Rock, TX 78665


John Avant
3133 Regancy
Carrollton, TX 75007


John Neel
5289 Hwy 121, Apt 2070
The Colony, TX 75056


John Roqueore
2651 Knoll Rd
Kempner, TX 76539


Jordan 55
2435 Burbank St
Dallas, TX 75235


Jose Guzman
1712 Morninglory Dr
Corinth, TX 76210


Joseph Peralta
10418 Bilbrook Place
Austin, TX 78748


Juan Cortez
2413 W. Pioneer Pkwy, Apt 128
Grand Prairie, TX 75051


Juan Hernandez
2510 N. Hwy 17, Apt 175
Scagoville, TX 75159

Juan Juarez
4006 Furey St
Dallas, TX 75212


Ken Brown
3354 W. Hwy 199
Springtown, TX 76082


Kris Vitale
10903 Bracoria Lane
Austin, TX 78717


Kristian Fitz
817 Oak Park Dr
Dallas, TX 75232


Laguardi Rhone
1131 Edgewood
Ennis, TX 75119


LeAndra Roda
5618 Chase Canyon
San Antonio, TX 78252


Leon Denman
12680 N. FM 487
Buckholtz, TX 76518


Lester Houston
4702 Spring Ave
Dallas, TX 75210


Level 3 Communications
1025 El Dorado Blvd
Broomfield, CO 80021

Lionel Wright
816 Tapestry Cove
Pflugerville, TX 78660


LNO Tire Company
PO Box 65181
San Antonio, TX 78265


Marcos Reyes
3322 Stoney Country
San Antonio, TX 78219


Mario Stiles
14720 Lipton
Pflugerville, TX 78660


Martin Barron
1038 Rosemont
Austin, TX 78723


McKinney Trailer Rentals
2723 Carl Rd
Irving, TX 75062


Melinda Judge
3313 Gisgonbury Tr
Pflugerville, TX 78660


Michael Brown
125 Eandridge Drive
Dallas, TX 75243


Mike McIntyre
 1508 Falcon Ledge Drive
Austin, TX 789746

Monica Gage
3313 Gisgonbury Tr
Pflugerville, TX 78660


Nationwide
PO Box 514540
Los Angeles, CA 90051


NTTA
PO Box 260928
Plano, TX 75026


Oklahoma Turnpike Authority
PO Box 11255
Oklahoma City, OK 73136


Oscar Garza
310 Windy Hill Road
Kyle, TX 78640


Paccar Financial Corp.
PO Box 1518
Bellevue, WA 98004


Pam Stephens
500 Grand Ave Pkwy, #14103
Pflugerville, TX 78660


Pat Meilinger
9502 Waterview Rd
Dallas, TX 75218


People's United Equip Finance
PO Box 181
Brattleboro, VT 05302

Perdue Brandon
1616 S. Kentucky, Suite 200 Bldg D
Amarillo, TX 79102

Pete Leal
1808 Toinciana Lane
Plano, TX 75075

Platinum Drivers
PO Box 154640
Waco, TX 76715

Probilling Funding & Service
401 Lee St, Suite 500 NE
Decatur, AL 35601

Professional Account Mgt
PO Box 866608
Plano, TX 75086

Progressive Waste NE TX District
12150 Garland Rd
Dallas, TX 75218

R Bank
3600 E. Palm Valley Blvd
Round Rock, TX 78665

Randolph Jackson
1411 Sandalwood Dr
Mesquite, TX 75181

Randy Registe
201 NW Dogwood St, Unit B
Oak Grove, MO 64075

Rex Crigger
20078 Saratoga Tr
Frisco, TX 75034


Ricardo Peralta
8901 Bill Hickcok
Austin, TX 78748


Ricky Massey
3700 E. Hwy 85, Apt 2203
Ennis, TX 75119


River Link
PO Box 16799
Austin, TX 78761


Robert Moore
11606 N. Lamar
Austin, TX 78753


Roderick Kee
2227 Wilhurt Ave
Dallas, TX 75216


Rodney Johnson
8331 Ebony Drive
Dallas, TX 75243


Round Rock Welding Supply
PO Box 429
Round Rock, TX 78680


Rusty Tomasek
3122 Matador Drive
Belton, TX 76513

San Antonio Water System
PO Box 2990
San Antonio, TX 78299


Shred It
7734 S. 133rd St
Omaha, NE 68138


Spectrum Business
PO Box 460849
San Antonio, TX 78246


Stanley Renfrow
2275 Valley View Ln
Dallas, TX 75234


Steve Burke
3401 W. Palmer
Austin, TX 78727


Superior Septic
8 Indian Meadow
Round Rock, TX  78664


Taylor Oil
3701 N. Sylvania Ave
Ft. Worth, TX 76137


Temple Freightliner
4848 N. General Bruce Drive
Temple, TX 76501


Terry Buzbee
1470 Gentry Place, Apt 126
Grand Prairie, TX 75050

Terry Wardlow
136 Deer Trail Cove
Cedar Creek, TX 78612


Tex-Con Oil
1701 Grand Ave Pkwy
Pflugerville, TX 78660


Texas Comptroller of Public Accounts
Office of the Attorney General
Collection Division - Bankruptcy
PO Box 12548
Austin, TX 78711-2548

Tiger Sanitation
PO Box 200143
San Antonio, TX 78220


Tina Wells
16822 Black Kettle
Leander, TX 78641


TLC Office Systems
L-3791
Columbus, OH 43260


Todd King
5707 Sulfur Springs Dr
Killeen, TX 76542


Toyota Financial Services
P.O. Box 650686
Dallas, TX 75265


Travis Delivery
3807 Spirit Lake Cove
Austin, TX 78746

Unifirst Holdings
PO Box 650481
Dallas, TX 75265


United Site Services
PO Box 660475
Dallas, TX 75266


United Tranzactions
2811 Corporate Way
Miramar, FL 33025


UPS
PO Box 1012
Horsham, PA 19044


Virgil Anderson
101 Tall Willow
Ennis, TX 75119


Volvo Financial Services
PO Box 7247
Philidelphia, PA 19170


Wage Works, Inc.
PO Box 8363
Pasadena, CA 91109


Walter Rosinsky
15847 Drexel Run
San Antonio, TX 78247


Wayne Gay
5322 Medical Drive 4-106
San Antonio, TX 78240

Wes Burch
224 Galveston Island Lane
Georgetown, TX 78628


Wesfall GMC Truck Line
PO Box 418050
Kansas City, MO 64141


Winston Salmon
962 Surlen Dr
Grand Prairie, TX 75051


Xerox Financial Services
PO Box 202882
Dallas, TX 75320


XTRA Lease
662 N. WW White Rd
San Antonio, TX 78219


Zach Cantrell
PO Box 824
Converse, TX 78109


Zeno Imaging
PO Box 10306
Des Moines, IA 50306